UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:17-mj-83 |
| v. | ) | |
| | ) | Judge Steger |
| WILLIAM JONES | ) | |

## MEMORANDUM AND ORDER

WILLIAM JONES ("Defendant") came before the Court for a Preliminary Hearing, pursuant to Fed. R. Crim. P. 5.1, on April 12, 2017, after being charged in a Criminal Complaint supported by an Affidavit [Doc. 1]. Defendant was present at the hearing, along with his attorney, Gianna Maio. The Government was represented by AUSA Kyle Wilson.

Attorney Wilson called as witnesses DEA Task Force Officer James C. Hixson and United States Probation Officer Candace Lindsey. On direct examination, Officer Hixson testified under oath to the facts contained in the Affidavit submitted in support of the Criminal Complaint which culminated in Defendant's arrest for possession of ½ kilogram of cocaine [Doc. 1]. USPO Lindsey testified concerning Defendant's prior criminal history, employment history, family situation, and places of residence. Attorney Maio cross-examined Officer Hixson and USPO Lindsey, and proffered evidence concerning certain medical problems that Defendant is experiencing.

Based on the Preliminary Hearing, the Court makes the following findings which are relevant to a finding of probable cause with respect to the charge made in the Criminal Complaint:

1. The testimony of Officer Hixson and USPO Lindsey is credible and reliable.

2. On April 4, 2017, Officer Hixson interviewed a confidential source who identified a black male from Atlanta, known to him as "Old Man," as his cocaine source of supply since 2015. He indicated that "Old Man" generally delivers the cocaine to him at various locations along Interstate 75.

3. At the request of law enforcement, the confidential source contacted "Old Man" to arrange for delivery of ½ kilogram of cocaine. Officer Hixson overheard the confidential source's telephone conversation with "Old Man." Arrangements were made to deliver the cocaine on April 5 or April 6, 2017. "Old Man" later told the confidential source that he would make the delivery on April 6.

4. On April 6, 2017, "Old Man" made contact with the confidential source and directed him to meet at the Race Trac on Highway 2A in Georgia. When "Old Man" arrived

1

at the Race Trac, there was a police patrol car parked there, so he called the confidential source and directed him to meet at the Mapco gas station at the East Ridge exit.

5. The confidential source gave Officer Hixson a description of "Old Man" as well as his vehicle and license plate.

6. Defendant met the description of "Old Man," and his vehicle and license tag also met the description provided by the confidential source. When Defendant arrived at the Mapco at the East Ridge exit, law enforcement took Defendant into custody and Officer Hixson searched his vehicle. He found a postal box containing ½ kilogram of a substance which he identified as cocaine. A law enforcement database revealed that Defendant has used the nickname "Old Man."

7. After receiving a Miranda warning, Defendant made an admission to law enforcement that he had previously engaged in a drug deal with the confidential source involving ½ kilogram of cocaine.

Based upon these findings by the Court, it is hereby ORDERED that sufficient credible and reliable evidence was offered by the government to establish that **there is probable cause** to believe that the offense alleged in the Criminal Complaint entitled *United States v. William Jones*, Case No. 1:17-mj-83, specifically that Defendant has violated 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), possession with intent to distribute 500 grams or more of cocaine, has been committed and that Defendant William Jones has committed such offense. Accordingly, Defendant William Jones will be held to answer in District Court.

**SO ORDERED.**

**ENTER.**

                                           s/*Christopher H. Steger*
                                           UNITED STATES MAGISTRATE JUDGE